PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
for the
District of Alaska

UNITED STATES OF AMERICA

v.                              Case No.    A00-0127 CR (JKS)

Theresa Frank

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on May 21, 2006. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard
U.S. Probation/Pretrial Services
Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___23___ day of ___May___, 20_06_.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge